# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2300
_____

MICHAEL JEROME LEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

May 16, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Greg Caracci, Assistant Public Defender, for Appellant; Michael Jerome Lee, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.